Filing # 195438403 E-Filed 04/03/2024 07:09:48 PM

# IN THE CIRCUIT COURT IN AND FOR THE 17TH JUDICIAL CIRCUIT

# BROWARD COUNTY, FLORIDA

CASE NUMBER: CACE-24-001650

Willie Jones Jr. _____ Plaintiff(s)

v.

Broward Sheriff Office ET. AL _____ Defendant

A TRUE COPY

## AMENDMENT TO COMPLAINT

Plaintiff, **Willie Jones**, sues defendants, **Broward Sheriff Office, Broward County, Brittany Huff, Gerorgette Philippe, Correctional Medical Authority** and alleges:
*(name)*

- This is an action for damages in the amount of $**300,000**.

- Plaintiff resides at **11570 Royal Palm Blvd. Coral Springs, FL 33065** in
  *(address)*
  **Broward** County.

- Defendant resides at _____ in
  *(address)*
  _____ County or Defendants are a Florida Corporation or employees doing business at **555 SE 1st Ave, Fort Lauderdale, FL 33301** in Broward County.
  *(address)*

- On **January, 2022 - October 2023**,

  Broward Sheriff Office held the plantiff Willie Jones in a pre-trial detention and obligated by Florida law, broward sheriff office own statute and United states of America's constitution to provide a safe and humane enviorment. During the incarceration, the defendant, Broward Sheriff Office, neglected, during multipe

incidents, to established adequate security and/or health care. Resulting in the myraid of physical torture , mental abuse and emotional trauma.

*(statement of facts on which claim for relief against defendant is based)*

- Plaintiff is entitled to relief from the defendant under the above facts on the basis of the defendant's Neligent security, mental distress,  cruel and unusal punishment                                              by
  *(legal basis for relief, i.e. negligence, breach of contract, etc.)*
  reason of United States Constitution Amendment 8, 42 U.S.C.A. s 1983, BSO Mission Statement , Florida Constitution Article 1 , all legislate holding BSO held responsible for the care of inmates in their custody. Violated civil rights

*(facts showing entitlement of plaintiff to relief from defendant)*

- The item(s) of _____ to which plaintiff is entitled to relief from defendant include(s) *(injury or damage)*

  *(specify)*

- As a result, plaintiff requests judgement against defendant for damages, cost of suit, and any other further relief as the court may deem proper.

- Plaintiff, Willie Jones <u>does</u> demand a jury trial.
  (name)

Dated: April 03, 2024

Print Name: Willie Jones
Address: 11570 Royal Palm Blvd. Coral Spings Fl. 33065

Phone: 754-314-8795

Filing # 197978376 E-Filed 05/09/2024 01:19:25 PM

IN THE CIRCUIT COURT IN AND FOR THE 17TH JUDICIAL CIRCUIT

BROWARD COUNTY, FLORIDA

CASE NUMBER: CACE-24-001650

<u>Willie Jones Jr.</u>             Plaintiff(s)

_____

v.

<u>Broward Sheriff Office ET. AL</u>     Defendant

## AMENDMENT TO COMPLAINT

Plaintiff, <u>Willie Jones</u>, sues defendants, <u>Broward Sheriff Office, Broward County, Brittany Huff, Gerorgette Philippe, Correctional Medical Authority</u> and alleges:
  *(name)*
- This is an action for damages in the amount of $<u>600,000</u>.

- Plaintiff resides at <u>11570 Royal Palm Blvd. Coral Springs, FL 33065</u> in
  *(address)*
  <u>Broward</u> County.

- Defendant resides at _____ in
  *(address)*
  _____ County or Defendants are a Florida Corporation or employees doing business at <u>555 SE 1st Ave, Fort Lauderdale, FL 33301</u> in Broward County.
  *(address)*

- On <u>January, 2022 - October 2023,</u>

  <u>Broward Sheriff Office held the plantiff Willie Jones in a pre-trial detention and obligated by Florida law, broward sheriff office own statute and United states of America's constitution to provide a safe and humane enviorment. During the incarceration, the defendant, Broward Sheriff Office, neglected, during multipe</u>

incidents, to established adequate security and/or health care. Resulting in the myraid of physical torture , mental abuse and emotional trauma.

*(statement of facts on which claim for relief against defendant is based)*

- Plaintiff is entitled to relief from the defendant under the above facts on the basis of the defendant's Neligent security, mental distress,   cruel and unusal punishment   by
*(legal basis for relief, i.e. negligence, breach of contract, etc.)*
reason of United States Constitution Amendment 8, 42 U.S.C.A. s 1983, BSO Mission Statement , Florida Constitution Article 1 , all legislate holding BSO held responsible for the care of inmates in their custody. Violated civil rights

*(facts showing entitlement of plaintiff to relief from defendant)*

- The item(s) of _____ to which plaintiff is entitled to relief from defendant                   *(injury or damage)*
include(s)

*(specify)*

- As a result, plaintiff requests judgement against defendant for damages, cost of suit, and any other further relief as the court may deem proper.

- Plaintiff, <u>Willie Jones</u>     <u>does</u> demand a jury trial.
       *(name)*

Dated: <u>May 09, 2024</u>

                                        Print Name: <u>Willie Jones</u>
                            Address: <u>11570 Royal Palm Blvd. Coral Spings Fl,</u>
<u>33065</u>

                      Phone: <u>754-314-8795</u>